```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**SURACI,**

                                  **Plaintiff,**

      -against-

**PROMO ONLY INC., ET AL.,**

                                  **Defendants.**

------------------------------------------------------------------- x

**1:18-CV-03663 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby ORDERED to submit a joint status report to the Court on or before July 3, 2020.

**SO ORDERED.**

**Dated:**      **New York, New York**
                **June 4, 2020**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**